**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:23-cv-60641-JEM/Becerra

PLASMART, INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

**REPORT AND RECOMMENDATION ON PLAINTIFF'S**
**MOTION FOR PRELIMINARY INJUNCTION**

    **THIS CAUSE** is before the Court on Plaintiff PlaSmart Inc.'s Motion for Entry of Preliminary Injunction.[1]  ECF No. [5].  PlaSmart seeks entry of a preliminary injunction against the Defendants, Individuals, Partnerships, and Unincorporated Associations Identified on the Amended Schedule "A" attached hereto (collectively "Defendants"), and an order restraining the financial accounts used by Defendants pursuant to 15 U.S.C. § 1116, 35 U.S.C. § 283, 17 U.S.C. § 502, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. § 1651(a).  *Id*; ECF No. [26-1].  On June 8, 2023, the undersigned held a hearing on the Motion, at which only counsel for PlaSmart was present and available to present evidence supporting the Motion.[2]  Upon due

_____

[1] This matter was referred to the undersigned by the Honorable Jose E. Martinez, United States District Judge.  ECF No. [6].

[2] On June 1, 2023, PlaSmart served Defendants with a copy of the Court's Order Setting Hearing on Plaintiff's Motion for Preliminary Injunction. ECF No. [28].

consideration of the Motion, argument of counsel, the applicable law, and being otherwise fully advised in the premises, it is hereby **RECOMMENDED** that the Motion be **GRANTED**.

## I.        BACKGROUND

Plaintiff is the owner of the standard character mark, PLASMACAR (U.S. Trademark Reg. No. 4,588,249), which is valid and registered on the Principal Register of the United States Patent and Trademark Office. PlaSmart is also the owner of all common law rights to the PLASMACAR standard character mark as well as the following PLASMACAR logos:



The PLASMACAR standard character mark and logos are collectively referred to as the "PlasmaCar Marks."

PlaSmart is also the owner of a U.S. design patent for the following ornamental design of a seat apparatus for a child's ride-on vehicle (U.S. Des. Pat. No. D647,336), referred to herein as the "PlasmaCar Seat Design."



PlaSmart is also the owner of the following unregistered copyrighted work (the "PlasmaCar Copyrighted Work"):



The PlasmaCar Marks, PlasmaCar Seat Design, and PlasmaCar Copyrighted Work are collectively referred to herein as the "PlasmaCar Intellectual Property Rights".

The Defendants, through the various Internet based e-commerce stores operating under the seller identities identified on Schedule "A" to the Complaint (the "Seller IDs"), have advertised, promoted, offered for sale, or sold goods bearing and/or using what the Plaintiff has determined to be counterfeits, infringements, or reproductions of the PlasmaCar Intellectual Property Rights.  *See* ECF Nos. [5-2], *Declaration of Jessica Hansler*, at ¶¶ 15-18; ECF No. [5-3], *Declaration of Richard Guerra*, at ¶ 5.

Although each of the Defendants may not copy and infringe each of the PlasmaCar Intellectual Property Rights for each category of goods protected and/or Copyrighted Works and/or the PlasmaCar Seat Design, PlaSmart has submitted sufficient evidence showing each of the Defendants has infringed at least one or more of the PlasmaCar Intellectual Property Rights.  *See* ECF No. [5-3] at ¶ 4, Schedule B. The Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits or reproductions of the PlasmaCar Intellectual Property Rights.  *See* ECF No. [5-2] at ¶ 15.

PlaSmart investigated the promotion and sale of counterfeit and infringing versions of the Plaintiff's branded and copyright protected products by the Defendants.  *See* ECF No. [5-2] at ¶¶ 15-18.  PlaSmart accessed each of the e-commerce stores operating under the Defendants' Seller IDs, initiated the ordering process for the purchase of a product from each of the Seller IDs, bearing counterfeits of, at least, one of the PlasmaCar Intellectual Property Rights at issue in this action, and requested each product to be shipped to an address in the Southern District of Florida. *See id.; see also* ECF No. [5-3] at ¶ 5. PlaSmart conducted a review and visually inspected PlasmaCar Intellectual Property Rights branded items for which orders were initiated by Plaintiff's third-party investigator via the Seller IDs and determined the products were nongenuine, unauthorized versions of the Plaintiff's products.  *See id.*

## II.    LEGAL STANDARD

To obtain a preliminary injunction, a party must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the nonmovant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. Rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).

## III.    ANALYSIS

The declarations that PlaSmart submitted in support of its Motion for Preliminary Injunction support the following conclusions of law:

A.  PlaSmart has a strong probability of proving at trial that (1) consumers are likely to be confused by the Defendants' advertisement, promotion, sale, offer for sale, or distribution of

goods bearing and/or using counterfeits or reproductions of the PlasmaCar Intellectual Property Rights.

  B. Because of the infringement of the PlasmaCar Intellectual Property Rights, PlaSmart is likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. The following specific facts, as set forth in the Complaint, Motion, and accompanying declarations, demonstrate that immediate and irreparable loss, damage, and injury will result to PlaSmart and to consumers in view of the following considerations:

    1. The Defendants own or control Internet based e-commerce stores and websites which advertise, promote, offer for sale, and sell products bearing counterfeit and infringing PlaSmart's Intellectual Property Rights;

    2. There is good cause to believe that more counterfeit and infringing products bearing and adopting the PlaSmart's Intellectual Property Rights will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that PlaSmart may suffer loss of sales for its genuine products and an unnatural erosion of the legitimate marketplace in which it operates.

  C. The balance of potential harm to the Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is outweighed by the potential harm to PlaSmart, its reputation, and its goodwill as manufacturers and distributors of quality products if such relief is not issued.

  D. The public interest favors issuance of the preliminary injunction to protect PlaSmart's intellectual property interests, to encourage respect for the law, to facilitate the invention and development of innovative products, and to protect the public from being defrauded by the illegal sale of counterfeit goods.

E.      Under 15 U.S.C. § 1117(a) and 35 U.S.C § 289, PlaSmart may be entitled to recover, as an equitable remedy, the illegal profits gained through the Defendants' distribution and sales of goods bearing counterfeits and infringements of the PlasmaCar Intellectual Property Rights. *See also Reebok Int'l, Ltd. V. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Prods. Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'").

F.      Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co.*, 51 F.3d at 987 (citing *Federal Trade Commission v. United States Oil & Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)).

G.      In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that the Defendants have violated federal intellectual property laws, PlaSmart has good reason to believe the Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

Upon review of the Complaint, Motion, and supporting evidentiary submissions, it is **RECOMMENDED** that the Motion for Preliminary Injunction be **GRANTED**, under the terms set forth below:

(1)      Each of the Defendants identified in the Amended Schedule A attached hereto, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any of the Defendants having notice of this Order are restrained and enjoined until further order from this Court as follows:

   a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the PlasmaCar Intellectual Property Rights, or any similar trademarks or designs, other than those actually manufactured or distributed by the Plaintiff;

   b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by the Plaintiff, bearing and/or using the PlasmaCar Marks, or any confusingly similar trademarks; (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the PlasmaCar Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any of the Defendants, including, but not limited to, any assets held by or on behalf of any of the Defendants; and

  (2) Each of the Defendants, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any of the Defendants having notice of this Order shall immediately discontinue the use of the PlasmaCar Marks, confusingly similar trademarks, or unauthorized copies of the Copyrighted Work or PlasmaCar Seat Design on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs.

  (3) Each of the Defendants shall not transfer ownership of the Seller IDs during the pendency of this action, or until further Order of the Court.

  (4) Upon receipt of notice of this Order, the Defendants and any third party financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace

platforms who is providing services for any of the Defendants, including but not limited to, AliExpress, Alipay, Dhgate, Dhpay, Joom, Wish, Wishpay, Amazon, Amazon Pay, Ebay, Etsy, and/or Taobao, and their related companies and affiliates (collectively, the "Third Party Providers"), shall after receipt of notice of this Order, restrain the transfer of all funds, including funds relating to ongoing account activity, held or received for the Defendants' benefit or to be transferred into the Defendants' respective financial accounts, and restrain any other financial accounts tied thereto.  Such restraining of the funds and the disclosure of the related financial institution account information (as provided below) shall be made without notice to the account owners or the financial institutions until after those accounts are restrained.  No funds restrained by this Order shall be transferred or surrendered by any Third Party Provider for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

(5)    Any Defendant or Third Party Provider subject to this Order may petition the Court to modify the asset restraint set out in this Order.

(6)    This Order shall apply to the Seller IDs, associated ecommerce stores and websites, and any other seller identification names, e-commerce stores, domain names, websites, or financial accounts which are being used by Defendants for the purpose of counterfeiting and infringing the PlasmaCar Intellectual Property Rights at issue in this action and/or unfairly competing with Plaintiff.

(7)    This Order shall remain in effect during the pendency of this action, or until such further dates as set by the Court or stipulated to by the parties.

(8)    Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), the Plaintiff shall maintain its previously posted bond in the amount of Ten Thousand Dollars and

Zero Cents ($10,000.00), as payment of damages to which the Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court.  The bond set forth herein was deposited with the Clerk of the Court on June 8, 2023.

### IV.    OBJECTIONS

A party shall serve and file written objections, if any, to this Report and Recommendation with the District Court by **June 12, 2023**.  The undersigned has shortened the objection period because the Temporary Restraining Order is set to expire on June 14, 2023 at 3:30 p.m..  Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions."  11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, on June 9, 2023.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

AMENDED SCHEDULE A

| | | |
|---|---|---|
| 1 | ahmkaras | https://www.ebay.com/usr/ahmkaras |
| 2 | akiuchi_0 | https://www.ebay.com/usr/akiuchi_0 |
| 3 | akiuda-0 | https://www.ebay.com/usr/akiuda-0 |
| 4 | alfalak-usa | https://www.ebay.com/usr/alfalak-usa |
| 5 | anjamara-39 | https://www.ebay.com/usr/anjamara-39 |
| 6 | asafas123123_7 | https://www.ebay.com/usr/asafas123123_7 |
| 7 | au.ghul | https://www.ebay.com/usr/au.ghul |
| 8 | aus1bikes | https://www.ebay.com/usr/aus1bikes |
| 12 | beehap45 | https://www.ebay.com/usr/beehap45 |
| 15 | Bigjigs Toys | https://www.amazon.com/sp?seller=A2F7H5XWMN77FR |
| 16 | bigjigstoys | https://www.ebay.com/usr/bigjigstoys |
| 17 | binhan011 | https://www.ebay.com/usr/binhan011 |
| 18 | bljs | https://www.dhgate.com/store/21819452 |
| 19 | boja.maksi | https://www.ebay.com/usr/boja.maksi |
| 20 | bumperscomfort | https://www.ebay.com/usr/bumperscomfort |
| 21 | cecc-happyshop | https://www.ebay.com/usr/cecc-happyshop |
| 22 | cheapest_hair | https://www.ebay.com/usr/cheapest_hair |
| 24 | chenpingping | https://www.ebay.com/usr/chenpingping |
| 27 | chris-bobishop | https://www.ebay.com/usr/chris-bobishop |
| 29 | comprafacil | https://www.ebay.com/usr/comprafacil |
| 30 | d6hu | https://www.dhgate.com/store/21819214 |
| 31 | debf | https://www.dhgate.com/store/21800701 |
| 32 | dellsdeals13 | https://www.ebay.com/usr/dellsdeals13 |
| 33 | deshikakashin-0 | https://www.ebay.com/usr/deshikakashin-0 |
| 34 | dhgstore | https://www.ebay.com/usr/dhgstore |
| 37 | ductngu-29 | https://www.ebay.com/usr/ductngu-29 |
| 38 | ejt7 | https://www.dhgate.com/store/21819244 |
| 39 | elai-6 | https://www.ebay.com/usr/elai-6 |
| 40 | Evanaa | https://www.wish.com/merchant/5e54cf2429e7861d40ec2240 |
| 41 | everythingsupply | https://www.ebay.com/usr/everythingsupply |
| 42 | f23b | https://www.dhgate.com/store/21818867 |
| 43 | feilongstrollers | https://www.dhgate.com/store/21788187 |
| 44 | firegogoe-e | https://www.ebay.com/usr/firegogoe-e |
| 45 | first_japan | https://www.ebay.com/usr/first_japan?_trksid=p2047675.l2559 |
| 46 | fngo | https://www.dhgate.com/store/21819387 |
| 49 | fun_items_shop | https://www.ebay.com/usr/fun_items_shop |
| 50 | funfunstore | https://www.dhgate.com/store/21593458 |
| 51 | funnynaceshop688 | https://www.ebay.com/usr/funnynaceshop688 |
| 53 | grandroo_0 | https://www.ebay.com/usr/grandroo_0 |
| 54 | gudj | https://www.dhgate.com/store/21819827 |
| 55 | h024 | https://www.dhgate.com/store/21819443 |
| 56 | haamr-97 | https://www.ebay.com/usr/haamr-97 |
| 63 | helingdi | https://www.ebay.com/usr/helingdi |
| 64 | homebobe-mall | https://www.ebay.com/usr/homebobe-mall |
| 65 | houyajuan | https://www.wish.com/merchant/55b0ecaded30364081259ad6 |
| 66 | humming5743 | https://www.ebay.com/usr/humming5743 |
| 67 | HyperMotion | https://www.amazon.com/sp?seller=A2I5UBCZLM7RIA |
| 68 | idandedia2711 | https://www.ebay.com/usr/idandedia2711 |
| 69 | jiashoes97 | https://www.ebay.com/usr/jiashoes97 |
| 71 | JISAM TRADE | https://www.amazon.com/sp?seller=A1SOYFTMVFYZW |
| 73 | julunita29 | https://www.ebay.com/usr/julunita29 |
| 74 | junsa7718 | https://www.ebay.com/usr/junsa7718 |
| 75 | jutuo1535 | https://www.ebay.com/usr/jutuo1535 |
| 76 | k.g.electronic | https://www.ebay.com/usr/k.g.electronic |
| 77 | karryibayplus | https://www.ebay.com/usr/karryibayplus |
| 78 | kayshi74 | https://www.ebay.com/usr/kayshi74 |
| 79 | keiyone-84 | https://www.ebay.com/usr/keiyone-84 |
| 80 | laich59 | https://www.ebay.com/usr/laich59 |
| 83 | lichaojia | https://www.amazon.com/sp?seller=A160W37VEHUCQ2 |
| 84 | lifafaau | https://www.ebay.com/usr/lifafaau |
| 87 | lyouyid7 | https://www.dhgate.com/store/21751224 |
| 88 | mad_tek1 | https://www.ebay.com/usr/mad_tek1 |
| 89 | maharaja-6 | https://www.ebay.com/usr/maharaja-6 |
| 91 | marriv_7034 | https://www.ebay.com/usr/marriv_7034 |

AMENDED SCHEDULE A

| 92  | masakoba-6911      | https://www.ebay.com/usr/masakoba-6911              |
| 94  | mjdata66           | https://www.ebay.com/usr/mjdata66                   |
| 95  | mygiftmychoice     | https://www.ebay.com/usr/mygiftmychoice             |
| 96  | nayonm41           | https://www.ebay.com/usr/nayonm41                   |
| 98  | nncy               | https://www.dhgate.com/store/21819396               |
| 99  | ocarlas-motorparts | https://www.ebay.com/usr/ocarlas-motorparts         |
| 100 | okuiyu41           | https://www.ebay.com/usr/okuiyu41                   |
| 101 | onso               | https://www.dhgate.com/store/21819356               |
| 103 | quanzhoubh09       | https://www.ebay.com/usr/quanzhoubh09               |
| 104 | qywz               | https://www.dhgate.com/store/21800786               |
| 105 | rainbo-2383        | https://www.ebay.com/usr/rainbo-2383                |
| 106 | rctoy2020          | https://www.dhgate.com/store/21645109               |
| 107 | reggiardo          | https://www.ebay.com/usr/reggiardo                  |
| 108 | royi_4             | https://www.ebay.com/usr/royi_4                     |
| 109 | s_a_m80            | https://www.ebay.com/usr/s_a_m80                    |
| 110 | s8yq               | https://www.dhgate.com/store/21800719               |
| 111 | shagiv_5294        | https://www.ebay.com/usr/shagiv_5294                |
| 121 | shmuel_store       | https://www.ebay.com/usr/shmuel_store               |
| 123 | simcha_store       | https://www.ebay.com/usr/simcha_store               |
| 130 | sukynyc            | https://www.ebay.com/usr/sukynyc                    |
| 131 | superankershop     | https://www.ebay.com/usr/superankershop             |
| 132 | supersta61         | https://www.ebay.com/usr/supersta61                 |
| 135 | takanoriasai       | https://www.ebay.com/usr/takanoriasai               |
| 136 | tencomms           | https://www.ebay.com/usr/tencomms                   |
| 137 | tetyan_88          | https://www.ebay.com/usr/tetyan_88                  |
| 139 | the_nile           | https://www.ebay.com/usr/the_nile                   |
| 140 | therichardsshop    | https://www.ebay.com/usr/therichardsshop            |
| 141 | tinx_kithings      | https://www.ebay.com/usr/tinx_kithings              |
| 143 | toyrus2020         | https://www.dhgate.com/store/21685787               |
| 144 | versatileminerals  | https://www.ebay.com/usr/versatileminerals          |
| 145 | vicgil-65          | https://www.ebay.com/usr/vicgil-65                  |
| 146 | watasiha09_64      | https://www.ebay.com/usr/watasiha09_64              |
| 147 | willishq           | https://www.ebay.com/usr/willishq                   |
| 148 | wkgn               | https://www.dhgate.com/store/21818713               |
| 149 | wodexiaodian321    | https://www.amazon.com/sp?seller=A2UWIDVH5GJ9MX     |
| 150 | wuhaohao           | https://www.ebay.com/usr/wuhaohao                   |
| 152 | x7kg               | https://www.dhgate.com/store/21800826               |
| 158 | yehosho0           | https://www.ebay.com/usr/yehosho0                   |
| 164 | yonibarak115       | https://www.ebay.com/usr/yonibarak115               |
| 165 | yoshsuz-15         | https://www.ebay.com/usr/yoshsuz-15                 |
| 166 | yuika83            | https://www.ebay.com/usr/yuika83                    |
| ceDoenr | esSellername   | esStoreURL                                          |