UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-60641-CIV-MARTINEZ

PLASMART, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS**

    **THIS MATTER** came before this Court on Plaintiff's Notice of Voluntary Dismissal as to Certain Defendants (the "Notice"), (ECF No. 32). This Court has reviewed the Notice, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, it is

    **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** as to the following Defendants:

    JOYMASTER (Defendant No. 72 on Schedule "A" to the Complaint).

    XJD Inc. (Defendant No. 157 on Schedule "A" to the Complaint).

    GLAF (Defendant No. 52 on Schedule "A" to the Complaint).

    TOKTOO (Defendant No. 142 on Schedule "A" to the Complaint).

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 14 day of June, 2023.

                                                        _____
                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record